FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAN 17 2008

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

Tashma McFadden 337321

Eastern Correctional Institute

30420 Revells Neck Rd.

Westover, Md. 21890

(Full name, prison identification
number and address of the plaintiff)

v.

Civil Action No. WDQ 08-154
(Leave blank.  To be filled in by Court.)

Baltimore City Detention Center

Officer Allison CO II

401 E. Eager St.

Baltimore, Md. 21202

(Full name and address of the defendant(s))

## COMPLAINT

I.  **Previous lawsuits**

A.  Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

YES [  ]    NO [✓]

B.  If you answered YES, describe that case(s) in the spaces below.

1.  Parties to the other case(s):

Plaintiff: _____

Defendant(s): _____  _____

1983 Complaint Rev. (2/18/2005)

2.    Court (if a federal court name the district; if a state court name the city or

county): _____

3.    Case No.: _____

4.    Date filed: _____

5.    Name of judge that handled the case: _____

6.    Disposition (won, dismissed, still pending, on appeal): _____

_____

7.    Date of disposition: _____

## II.    Administrative proceedings

A.    If you are in a Division of Correction facility, did you file an administrative remedy
procedure request under DCD 185-001, et seq.?

YES [  ]    NO [✓]

1.    If you answered YES:

a.    What was the result? I did not file one because the
incident happen before I got to the Division of Corrections

b.    Did you appeal to the Commissioner?

YES [  ]    NO [  ]

2.    If you answered NO to either of the questions above, explain why you did not
file an administrative remedy procedure request or an appeal to the

Commissioner. _____

_____

_____

3.  Did you file any other type of administrative complaint such as an appeal to the warden of an adjustment decision or a decision to withhold mail, a complaint to the Sundry Claims Board, etc.?

YES [✓]    NO [ ]

4.  If you answered YES, explain what you filed and what was the result.

I filed a Incident report with the facility I was told there would be an investigation

_____

**B.**  If you are not in a Division of Correction facility, is there a grievance procedure at your institution?

YES [ ]    NO [ ]

If your answer is YES:

1.  Did you file a grievance?

YES [ ]    NO [ ]

2.  If you filed a grievance what was the result? _____

_____

3.  If you did not file a grievance explain why not? I was told I could not be helped since the incident happened before I got to Department of Corrections

III.   **Statement of claim**
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

On July 5, 2006 ① Officer Allison opened my cell door so I could be attacked by 9 other inmates ② Officer Allison did not attemp to get me any medical attention. ③ Bcdc is not thorough in their screening process they got people that's affiliated with gangs on their staff. ④ Bcdc let their investigation drag over a year so I could not file criminal charges. ⑤ Bcdc after being notified by my family and myself did not suspend or terminate ms. allison. ⑥ Ofc. Allison and Bcdc violated my 8th amendment rights by allowing cruel and unusual punishment to be inflicted.

IV.   **Relief**
(State briefly what you want the Court to do for you)

I would like the Court to award me a Restitution ~~of the amount of~~ ~~the~~ I would like the court to give me the justice my family and I deserve

SIGNED THIS  10th  day of  January                    , 2008.


Jashma McFadden  337321
(original signature of plaintiff)

Eastern Correctional Institute

30420 Revells Neck Rd.

Westover, md. 21890
(address of plaintiff)