# WHITEFORD, TAYLOR & PRESTON L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1636

MAIN TELEPHONE (410) 347-8700
FACSIMILE (410) 752-7092

AARON L. CASAGRANDE
DIRECT LINE (410) 347-8714
DIRECT FAX (410) 234-2326
ACasagrande@wtplaw.com

BALTIMORE, MD
COLUMBIA, MD
FALLS CHURCH, VA
TOWSON, MD
WASHINGTON, DC
WILMINGTON, DE*

WWW.WTPLAW.COM
(800) 987-8705

September 4, 2008

The Honorable William D. Quarles, Jr.
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

  Re: **McFadden v. Correctional Officer Allison, Case No. WDQ-08-154, United States District Court for the District of Maryland**

Dear Judge Quarles:

  Earlier today I filed a five-page Amended Complaint on behalf of my client, Tashma McFadden, who had originally filed a partially hand-written four-page form complaint under 42 U.S.C. § 1983 in the above captioned case when he was proceeding *pro se*. This afternoon I received a notice from the Clerk's Office stating that the Amended Complaint was deficient and that the docket entry for the Amended Complaint was reset because a red-lined version of the Amended Complaint, as required by Local Rule 103.6(c), was not attached thereto.

  Because of the nature of the original complaint filed by my client, it is not possible to submit a red-lined version generated by any word processing program. However, I could submit a hand written red-lined version of the Amended Complaint if the Court so desires.

            Very truly yours,

            /s/

            Aaron L. Casagrande

ALC:alc

*1813128*

Whiteford, Taylor and Preston L.L.P. is a limited liability partnership. Our Delaware office is operated under a separate Delaware limited liability company, Whiteford, Taylor & Preston L.L.C.